NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FUZZYSHARP TECHNOLOGIES INCORPORATED,**
*Plaintiff-Appellant*

**v.**

**INTEL CORPORATION,**
*Defendant-Appellee*

---

2014-1261

---

Appeal from the United States District Court for the Northern District of California in No. 4:12-cv-04413-YGR, Judge Yvonne Gonzalez Rogers.

---

**JUDGMENT**

---

DAVID FINK, Fink & Johnson, Houston, TX, argued for plaintiff-appellant.

DAN L. BAGATELL, Perkins Coie LLP, Phoenix, AZ argued for defendant-appellee. Also represented by JAMES F. VALENTINE, KENNETH J. HALPERN, Palo Alto, CA; CHRISTINA JORDAN MCCULLOUGH, Seattle, WA.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (LOURIE, MOORE, and REYNA, *Circuit Judges*).

### AFFIRMED. *See* Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT


March 9, 2015                    /s/ Daniel E. O'Toole
Date                            Daniel E. O'Toole
                                Clerk of Court